IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02527-REB-BNB

SHEERA BORIS,

Plaintiff,

v.

THOMSON HEALTHCARE, INC.,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Leave to File Amended Complaint** (the "Motion"), filed on March 8, 2006.

      IT IS ORDERED that the Motion is GRANTED, and the Clerk of the Court is directed to accept for filing docket no. 27, as the Amended Complaint.

DATED:  March 29, 2006