IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 05-cv-02527-REB-BNB

SHEERA BORIS,

Plaintiff,

v.

THOMSON HEALTHCARE, INC.,

Defendant.
_____

## ORDER
_____

Upon review of the confidential settlement statements submitted by the parties, I have determined that a settlement conference at this time would be a waste of resources. Accordingly,

IT IS ORDERED that the settlement conference set for **May 4, 2006, at 3:30 p.m.,** is VACATED.

Dated May 1, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge